WALTER S. CHURCH, Respondent, *v.* NEWTON KETCHAM, Appellant.

(Argued February 6, 1888; decided February 28, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made April 22, 1885, which affirmed a judgment in favor of plaintiff, entered upon a verdict directed by the court.

*J. H. Clute* for appellant.

*Eugene Burlingame* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.